STATE OF NEW JERSEY v. WILLIAM MCCOLLUM.

June 9, 1987.

Petition for certification denied.

LAUREN S. BAKER v. ZEE JAY COOPER.

June 9, 1987.

Petition for certification denied.

TERRA–NOVA INSURANCE COMPANY v. KATHRYN HILL.

June 9, 1987.

Petition for certification denied.

MATTHEW HAZLETT v. CHRISTINE A. KEROLLIS.

June 9, 1987.

Petition for certification denied.